USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yanzhen Zhu,

                Petitioner,

-against-

Tamika Gray, New York District Office Director,
U.S. Citizenship & Immigration Services,

                Respondent.

25 Civ. 3056 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated April 17, 2025, the Court directed the parties to file their joint letter and proposed case management plan by August 15, 2025. ECF No. 11. Those submissions are now overdue. Accordingly, by **September 2, 2025**, the parties shall file the required submissions.

    SO ORDERED.

Dated: August 18, 2025
         New York, New York

                                            ANALISA TORRES
                                         United States District Judge